# Morgan Lewis

Application **GRANTED.** The initial pretrial conference scheduled for January 24, 2024, is **ADJOURNED** to **February 14, 2024, at 4:10 P.M.** The parties shall submit the initial pretrial conference materials by **February 7, 2024.**

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

Dated: January 17, 2024
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

January 16, 2024

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, Courtroom 1106
40 Foley Square
New York, NY 10007

Re:    *Suarez v. Frames for America, Inc.*, Case No. 1:23-cv-10525-LGS

Your Honor:

We represent defendant Frames for America, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, we write with the consent of counsel for Plaintiff Alvin Suarez, respectfully to request that the Court: (a) adjourn the initial conference scheduled for January 24, 2024 at 4:10 p.m. to a date and time after Defendant's response to the Complaint is due – i.e., after February 13, 2024 (*see* Dkt. No. 7) – that is convenient to the Court; and (b) extend the deadline for the parties to submit a joint status letter pursuant to the Court's Order, dated December 5, 2023 (Dkt. No. 5), to a date seven (7) calendar days prior to the adjourned-to date of the initial conference. In support of these requests, counsel for Defendant states that the parties are engaged in discussions about a potential early resolution of this action. If granted, this adjournment and extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. This is Defendant's first request to adjourn the initial conference and to extend the deadline to submit the joint letter. If granted, these requests will not affect any other dates scheduled in this matter.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001